UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           CASE NO. 08-20641

v.                                 HONORABLE AVERN COHN

KHADIM MBACKE,

        Defendant.
_____/

## ORDER RELEASING DEFENDANT FROM THE CUSTODY OF THE UNITED STATES MARSHAL

On April 10, 2009 the Defendant appeared before this Court with counsel for sentencing. The Defendant was sentenced to time served and was ordered to be deported forthwith. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Defendant is to be released from the custody of the United States Marshal into the custody of INS to be deported immediately.

SO ORDERED.

Dated: April 10, 2009                  s/ Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE